**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 29, 2011.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00619-CV

————————

**ROSA MIKEASKY, Appellant**

**V.**

**KLEIN INDEPENDENT SCHOOL DISTRICT, Appellee**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2010-30245**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 23, 2011. On November 21, 2011, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.